UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KUMANI KALEE REGAINS, | Case No. 23-11098 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| MARY KALAT, | Curtis Ivy |
| | United States Magistrate Judge |
| Defendant. | |
| _____ / | |

**OPINION AND ORDER ACCEPTING AND
ADOPTING MAGISTRATE JUDGE'S APRIL 30, 2024
REPORT AND RECOMMENDATION (ECF No. 25)**

Magistrate Judge Curtis Ivy issued a Report and Recommendation on Defendants' motion to dismiss and for partial summary judgment on April 30, 2024. (ECF No. 25). Judge Ivy recommends granting Defendant's motion to dismiss and for partial summary judgment and dismissing the case. *Id.* Plaintiff moved to extend the time to file objections. (ECF No. 26). The court extended the time to file objections until June 28, 2024. (ECF No. 27). Nearly two weeks have elapsed since the June 28, 2024 deadline and no objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The

1

court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 25), **GRANTS** Defendant's motion to dismiss and for partial summary judgment, and **DISMISSES** the complaint with prejudice.

    **SO ORDERED**.

Date: July 10, 2024                                       s/F. Kay Behm
                                                                        F. Kay Behm
                                                                        United States District Judge